RECEIVED
IN MONROE, LA

MAR 0 3 2006

ROBERT H. SHOWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



# IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| GARLON LEE CARTER, ET AL. | CIVIL ACTION NO. 04-1984 |
| VERSUS | JUDGE ROBERT G. JAMES |
| BLOUNT, INC. | MAG. JUDGE JAMES D. KIRK |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 44] filed by Blount, Inc. be GRANTED, and Robin Willis' loss of consortium and *LeJeune* claims be DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [Doc. No. 53] filed by Stabilus, Inc. is DENIED AS MOOT because Stabilus was dismissed as a Defendant in this case by the Court's February 22, 2006 Judgment [Doc. No. 72].

THUS DONE AND SIGNED this ___3___ day of ___March___, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE